PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY RUSSAW, | ) | |
| | ) | CASE NO. 1:23-CV-1669 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| WARDEN DAVID W. GRAY, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondent. | ) | **ORDER** |
| | ) | [Regarding ECF No. 1] |

On July 8, 2024, the assigned magistrate judge issued a Report and Recommendation denying Petitioner's request for habeas relief pursuant to 28 U.S.C. § 2254. The magistrate judge recommended the Court deny the petition. ECF No. 8 at PageID #: 814.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. In the instant case, objections to the Report and Recommendation were due by August 21, 2024.[1] Neither party has timely filed objections. Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Accordingly, the Report and Recommendation of the

---

[1] Petitioner, through counsel, requested an extension of time to file objections to the magistrate judge's Report and Recommendation, which the Court granted. *See* ECF No. 9; Order [non-document], 07/18/2024.

(1:23-CV-1669)

magistrate judge is hereby adopted.  Stanley Russaw's Petition for a Writ of Habeas Corpus is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed R. App. P. 22(b).

IT IS SO ORDERED.

| August 23, 2024 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |